**01–609.  In re Bicknell.**

Butler App. Nos. CA2000–07–140 and CA2000–07–141. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of the motion of appellants for leave to file reply brief to brief of *amicus curiae* American Family Association of Ohio,

IT IS ORDERED by the court that the motion for leave to file reply brief be, and hereby is, granted.

**02–297.  State ex rel. Ditmars v. McSweeney.**

This cause originated in this court on the filing of a complaint for a writ of mandamus involving an expedited election matter. Upon consideration of the application for dismissal of respondent Franklin County Board of Elections,

IT IS ORDERED by the court that the application for dismissal of Franklin County Board of Elections be, and hereby is, granted.

The action remains pending as to Timothy McSweeney.

*Wednesday, March 6, 2002*

# MOTION AND PROCEDURAL RULINGS

**01–2273.  State v. Watkins.**

Greene App. No. 2001CA15. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Decision and Entry dated December 18, 2001, at page 3:

"Where a defendant charged with a petty offense changes his plea of not guilty to a plea of guilty or no contest, does the trial court comply with Traf.R. 10(D) and Crim.R. 11(E) by informing the defendant of the information contained in Traf.R. 10(B) or Crim.R. 11(B) or must the trial court engage in a colloquy with the defendant that is substantially equivalent to that required by Crim.R. 11(C) in felony cases?"

The conflict cases are *Toledo v. Chiaverini* (1983), 11 Ohio App.3d 43, 11 OBR 76, 463 N.E.2d 56; and *Cleveland v. Wanzo* (1998), 129 Ohio App.3d 664, 718 N.E.2d 982.

# MISCELLANEOUS DISMISSALS

**02–2.  Goins v. Wellington.**

Mahoning App. No. 01CA208. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. It appears from the records of this court that appellant has not filed a merit brief, due February 25, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte*, effective March 5, 2002.